ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PARC 55 HOTEL MANAGEMENT, a ) <br> Limited Liability ) <br> ) <br> Defendant. ) <br> _____) | NO. C 09 2119 MHP <br><br> NOTICE OF <br> VOLUNTARY DISMISSAL |

Notice is hereby given that plaintiff dismisses the above entitled action with prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for August 31, 2009 at 4:00 p.m. in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: July 8, 2009

ERSKINE & TULLEY

By: _____
Michael J. Carroll
Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

*IT IS SO ORDERED*
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On July 8, 2009 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Parc 55 Hotel, LLC**
**Attn: Lynne A. Messina**
**545 E. John Carpenter Freeway, # 1400**
**Irving, TX 75062**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2009 at San Francisco, California.

_____
Sharon Eastman